Jeffrey D. Skinner (SBN 239214)
*jskinner@goodwinprocter.com*
**GOODWIN PROCTER LLP**
901 New York Avenue
Washington, DC  20001
Tel.:  202.346.4000
Fax.: 202.346.4444

Attorneys for Defendants:
LVNV Funding, LLC; Sherman Financial Group, LLC; and Resurgent Capital Services, LP

Gayle M. Blatt (122048)
*gmb@cglaw.com*
Mark Ankcorn (166871)
*mark@cglaw.com*
Jason C. Evans (272932)
*jevans@cglaw.com*
CASEY GERRY SCHENK
FRANCAVILLA BLATT & PENFIELD LLP
110 Laurel Street
San Diego, CA  92101
(619) 238-1811 phone
(619) 544-9232 fax

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

### SAN DIEGO DIVISION

| | |
|---|---|
| JACQUELINE SELBY, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC; SHERMAN FINANCIAL GROUP, LLC; RESURGENT CAPITAL SERVICES, LP,<br><br>Defendants. | Case No. 3:13-cv-01383-CAB-BLM<br><br>**CLASS ACTION**<br><br>**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER**<br><br>Hon. Barbara L. Major<br>United States Magistrate Judge |

Plaintiff Jacqueline Selby or Defendants LVNV Funding, LLC; Sherman Financial Group, LLC; and Resurgent Capital Services, LP (collectively, "the Parties") hereby move the Court for the entry of a protective order substantially in the form that the Parties will submit to the Court's chambers via electronic mail.

The Parties agree that disclosure and discovery activity in the above-captioned litigation may require the disclosure of documents, things, and information (collectively, "Information") in the possession, custody, or control of non-parties, and/or persons or entities who may be added to this case at a later date, which may be protected under constitutional, statutory, or common law rights to privacy, or constitute or contain trade secrets. The Parties have stipulated to the entry of a protective order substantially conforming to the proposed stipulated protective order that the Parties will submit to chambers via electronic mail.

| | |
|---|---|
| Respectfully submitted, | Respectfully submitted, |
| CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP | GOODWIN\|PROCTER LLP |
| By: **s/ Mark Ankcorn**<br>*Attorneys for Plaintiff*<br>E-mail: *mark@cglaw.com*<br>Gayle M. Blatt (122048)<br>Mark Ankcorn (166871)<br>Jason C. Evans (272932) | By: **s/ Jeffrey D. Skinner**<br>*Attorney for Defendants*<br>E-mail: *jskinner@goodwinprocter.com*<br>Dated: October 31, 2013 |
| Dated: October 31, 2013 | |

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mark Ankcorn, counsel for Plaintiff Jacqueline Selby, and that I have obtained Mr. Ankcorn's authorization to affix his electronic signature to this document.

By: **s/ Jeffrey D. Skinner**
*Attorney for Defendants*
E-mail: *jskinner@goodwinprocter.com*

## **PROOF OF SERVICE**

I am a resident of the District of Columbia, over the age of eighteen years, and not a party to this action.  My business address is GOODWIN|PROCTER LLP, 901 New York Avenue NW, Washington, DC  20001.  On October 31, 2013, I served the foregoing JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER upon counsel for all parties via the Court's Electronic Case Filing system.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date:  October 31, 2013                                By: **s/ Jeffrey D. Skinner**_____

**PROOF OF SERVICE**
**Case No. 3:13-cv-01383-CAB-BLM**