Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins, (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile

Attorneys for Defendant
Allied Interstate, LLC

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Selby, on behalf of herself and all others similarly situated,<br><br>          Plaintiff,<br><br>vs.<br><br>LVNV Funding, LLC; Sherman Financial Group, LLC; Resurgent Capital Services, LP; Allied Interstate, LLC,<br><br>          Defendants. | Case No.: 13-cv-1383 BAS BLM<br><br>**NOTICE OF MOTION AND MOTION TO STAY ACTION**<br><br>Hon. Cynthia Bashant<br>Date: August 4, 2014<br>Courtroom: 4C<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

07688.20

CASE NO: 13-cv-1383 BAS BLM

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on August 4, 2014, Defendant ALLIED INTERSTATE, LLC will and hereby moves to stay this action pursuant to the doctrine of primary jurisdiction and pursuant to this Court's inherent authority.

This motion is made on grounds that the Federal Communication Commission is currently considering petitions for declaratory relief or rulemaking pursuant to its Congressionally-vested authority to adopt regulations implementing the Telephone Consumer Protection Act, 47 U.S.C. § 227 *et seq*.  These issues will be dispositive of the allegations in Plaintiff's Second Amended Complaint against Allied.

This motion is based upon this Notice, upon the attached Memorandum of Points and Authorities, the Declaration of Stephen A. Watkins, the Proposed Order, upon the complete records and file of the Court, and upon such other further evidence that may be properly presented at the time of hearing on this matter.

Dated:  June 24, 2014                                          CARLSON & MESSER LLP


                                                               By:   /s/ David J. Kaminski
                                                                      Charles R. Messer
                                                                      David J. Kaminski
                                                                      Stephen A. Watkins
                                                                      Attorneys for Defendants,
                                                                      Allied Interstate, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this **24th** day of **June, 2014,** a true and accurate copy of the foregoing **NOTICE OF MOTION AND MOTION TO STAY ACTION** with the Clerk of Court using the ECF system which will send notification of such filing to the following

E-mail address(es):

gmb@cglaw.com

mark@glaw.com

jevans@glaw.com

kyle@cglaw.com

/s/David J. Kaminski
David J. Kaminski