Charles R. Messer (SBN 101094)
messerc@cmtlaw.com
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins, (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5959 W. Century Blvd., Suite 1214
Los Angeles, CA  90045
(310) 242-2200 Telephone
(310) 242-2222 Facsimile
Attorneys for Defendant Allied Interstate, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jacqueline Selby, on behalf of herself and all others similarly situated,<br><br>              Plaintiff,<br><br>     vs.<br><br>LVNV Funding, LLC; Sherman Financial Group, LLC; Resurgent Capital Services, LP; Allied Interstate, LLC,<br><br>              Defendants. | Case No.: 13-cv-1383 BAS BLM<br><br>**NOTICE OF ERRATA RE: REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY ACTION**<br><br>Hon.   Cynthia Bashant<br>Date: August 4, 2014<br>Courtroom: 4C |

**TO THE COURT, PLAINTIFF AND HER ATTORNEYS OF RECORD:**

On July 29, 2014, counsel for Defendant Allied Interstate, LLC ("Allied"), Stephen A. Watkins learned that on July 14, 2014, Communications Innovators withdrew its Petition for Declaratory Ruling, CG Docket No. 02-278 (June 7, 2012)("CI Petition") with the FCC.

http://apps.fcc.gov/ecfs/document/view?id=7521394094

Therefore, references to the CI Petition (Reply at 6:5-20, 7:26-28, 8:1, 10:9-11, Dkt. 63, Declaration of Stephen A. Watkins, Dkt No. 56, at 2:9-20, 56-1, 56-2, 56-3, and Memorandum in Support of Motion to Stay Action, Dkt No. 55-1, pg. 4:14-24, 5:1-27, 6:1-27, 7:1-2, 11-12, 16, 8:25-27, 9:1-3,14-24, 18:22-24) should not be considered.

Dated: July 29, 2014                         CARLSON & MESSER LLP

                                             By:  /s/ David J. Kaminski
                                                  Charles R. Messer
                                                  David J. Kaminski
                                                  Stephen A. Watkins
                                                  Attorneys for Defendant Allied
                                                  Interstate, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on this **29th** day of **July, 2014,** a true and accurate copy of the foregoing **NOTICE OF ERRATA RE: REPLY MEMORANDUM IN SUPPORT OF MOTION TO STAY ACTION** with the Clerk of Court using the ECF system which will send notification of such filing to the following E-mail address(es):

mark@markankcorn.com

/s/David J. Kaminski
David J. Kaminski

1