BROOKS R. BROWN (SBN 250724)
*bbrown@goodwinprocter.com*
LAURA A. STOLL (SBN 255023)
*lstoll@goodwinprocter.com*
**GOODWIN PROCTER LLP**
601 S. Figueroa St., 41st Floor
Los Angeles, CA  90017
Tel.:  213.426.2500
Fax.:  213.623.1673

Attorneys for Defendants:
LVNV FUNDING, LLC; SHERMAN FINANCIAL GROUP, LLC; RESURGENT CAPITAL SERVICES, LP; and ALLIED INTERSTATE, LLC

[Additional counsel listed in signature block]

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

| | |
|---|---|
| JACQUELINE SELBY, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>LVNV FUNDING, LLC; SHERMAN FINANCIAL GROUP, LLC; RESURGENT CAPITAL SERVICES, LP; ALLIED INTERSTATE, LLC,<br><br>Defendants. | Case No. 3:13-cv-01383-BAS-BLM<br><br>**NOTICE OF SETTLEMENT**<br><br>Courtroom: 4-B<br>Judge:         Hon. Cynthia Bashant<br>Magistrate:  Hon. Barbara Lynn Major<br><br>Complaint Filed: June 13, 2013<br>Trial Date:          June 13, 2017 |

Plaintiff Jacqueline Selby and Defendants LVNV Funding, LLC, Sherman Financial Group, LLC, Resurgent Capital Services, LP, and Allied Interstate LLC, hereby jointly provide notice that they have reached an agreement in principle—subject to the negotiation and execution of a formal settlement agreement—to settle this matter. The parties are currently in the process of formalizing the settlement agreement.

Respectfully submitted,

Dated: November 17, 2016    By:  s/ *Mark Ankcorn* (with permission)
Mark Ankcorn (166871)
*mark@ankcorn.com*
**ANKCORN LAW FIRM, PC**
11622 El Camino Real, Suite 100
San Diego, CA 92130
Tel.: 619.870.0600
Fax.: 619.684.3541

GAYLE M. BLATT (122048)
*gmb@cglaw.com*
JASON EVANS (272932)
*jevans@cglaw.com*
**CASEY GERRY SCHENK FRANCAVILLA BLATT & PENFIELD LLP**
110 Laurel Street
San Diego, CA 92101-1406
Tel.: 619.238.1811
Fax.: 619.544.9232

Attorneys for Plaintiff:
JACQUELINE SELBY

Dated: November 17, 2016    By:  s/ *Laura A. Stoll*
BROOKS R. BROWN
*bbrown@goodwinprocter.com*
LAURA A. STOLL
*lstoll@goodwinprocter.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendants:
LVNV FUNDING, LLC; SHERMAN FINANCIAL GROUP, LLC; RESURGENT CAPITAL SERVICES, LP; and ALLIED INTERSTATE, LLC

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Mark Ankcorn, counsel for Plaintiff Jacqueline Selby, and that I have obtained Mr. Ankcorn's authorization to affix his electronic signature to this document.

s/ *Laura A. Stoll*
BROOKS R. BROWN
*bbrown@goodwinprocter.com*
LAURA A. STOLL
*lstoll@goodwinprocter.com*
**GOODWIN PROCTER LLP**

Attorneys for Defendants

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 601 South Figueroa Street, 41st Floor, Los Angeles, California  90017.

On **November 17, 2016**, I served the following document on the persons below as follows:

**NOTICE OF SETTLEMENT**

| | |
|---|---|
| Gayle M. Blatt<br>Jason Evans<br>Jeremy K. Robinson<br>CASEY GERRY SCHENK<br>FRANCAVILLA BLATT &<br>PENFIELD LLP<br>110 Laurel Street<br>San Diego, California 92101 | Counsel for Plaintiff: *Jacqueline Selby*<br>Tel.: (619) 238-1811<br>Fax: (619) 544-9232<br>gmb@cglaw.com<br>jevans@cglaw.com<br>jrobinson@cglaw.com |
| Mark Ankcorn<br>ANKCORN LAW FIRM, PC<br>11622 El Camino Real, Ste. 100<br>San Diego, CA 92130 | Tel.: (619) 870-0600<br>Fax.: 619.684.3541<br>mark@ankcorn.com |

☑  (CM/ECF Electronic Filing) I caused the above document(s) to be transmitted to the office(s) of the addressee(s) listed above by electronic mail at the e-mail address(es) set forth above pursuant to Fed.R.Civ.P.5(d)(1). "A Notice of Electronic Filing (NEF) is generated automatically by the ECF system upon completion of an electronic filing. The NEF, when e-mailed to the e-mail address of record in the case, shall constitute the proof of service as required by Fed.R.Civ.P.5(d)(1). A copy of the NEF shall be attached to any document served in the traditional manner upon any party appearing pro se."

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November 17, 2016**, at Los Angeles, California.

| Laura A. Stoll | *s/ Laura A. Stoll* |
|---|---|
| (Type or print name) | (Signature) |