Mark Ankcorn (166871)
ANKCORN LAW FIRM, PC
11622 El Camino Real, Suite 100
San Diego, California 92130
(619) 870-0600
(619) 684-3541 fax
*mark@ankcorn.com*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jacqueline Selby**, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>**LVNV Funding, LLC,** *et al,,*<br><br>Defendants. | Case No. 3:13-cv-1383 BAS (BLM)<br><br>**Joint Motion to Dismiss** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Local Rule 7.2, Plaintiff Jacqueline Selby and Defendants LVNV Funding, LLC, Sherman Financial Group, LLC, Resurgent Capital Services, LP, and Allied Interstate, LLC, jointly move the Court to dismiss the entire case with prejudice. Each party shall bear her/its own attorney's fees, expenses and costs.

///

| | |
|---|---|
| 1 | Respectfully submitted, |

Dated: January 9, 2017          ANKCORN LAW FIRM, PC

*/s/ Mark Ankcorn*
Attorneys for Plaintiff

Dated: January 9, 2017          GOODWIN PROCTER LLP

*/s/ Laura Stoll*
Attorneys for Defendants

## Signature Certification

Pursuant to section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to the signatories herein, and that I have obtained their authorization to affix electronic signature to this document.

*/s/ Mark Ankcorn*

## Certificate of Service

I, the undersigned, declare that I am over the age of 18 years, and not a party to this action. I am employed in the County of San Diego, California. My business address is 11622 El Camino Real, Suite 100, San Diego, California 92130. On the same day as this Certificate was executed, I electronically filed with the Clerk of the Court the attached documents using the CM/ECF system, which will electronically serve all parties in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this, the 9th day of January, 2017, at Carlsbad, California.

*/s/ Mark Ankcorn*