# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACQUELINE SELBY, *on behalf of herself and all others similarly situated*,<br><br>Plaintiff,<br><br>v.<br><br>LVNV FUNDING, LLC, *et al.*,<br><br>Defendants. | Case No. 13-cv-01383-BAS(BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>**[ECF No. 118]** |

Presently before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. (ECF No. 118.) Having read the moving papers, and good cause appearing, the Court **GRANTS** the joint motion and **DISMISSES WITH PREJUDICE** this action in its entirety. The parties shall bear their own attorneys' fees and costs.

Although Plaintiff filed this case as a putative class action, the Court did not certify a class. Therefore, this dismissal does not affect the putative class members' claims. The Clerk of the Court is directed to close this case.

**IT IS SO ORDERED.**

DATED: January 9, 2017

Hon. Cynthia Bashant
United States District Judge

– 1 –

13cv1383